**IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.**

The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.

**Dated: December 03, 2009**



_____
**RANDOLPH J. HAINES**
**U.S. Bankruptcy Judge**
_____

Ronald M. Horwitz (005655)
Janessa E. Koenig (018618)
**JABURG & WILK, P.C.**
3200 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
rmh@jaburgwilk.com
jek@jaburgwilk.com
(602) 248-1000

Attorneys for Movant

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 7 |
| JACKIE H. CAROLINE and CAROLYN CAROLINE | |
| Debtors. | No: 2-08-bk-17904-RJH |
| WELLS FARGO BANK, N.A., | **ORDER FOR RELIEF FROM THE AUTOMATIC STAY** |
| Movant, | |
| v. | |
| JACKIE H. CAROLINE and CAROLYN CAROLINE and JILL H. FORD, Trustee, | |
| Respondent. | |

This matter coming before this Court pursuant to the Motion of Secured Creditor, WELLS FARGO BANK, N.A., to lift the automatic stay with respect to the Estate and to the Debtors' interest in the real property described in the Note and Deed of Trust attached to Motion; respectively; that the Debtors have defaulted in their post-petition installment payment and cause exists for lifting the automatic stay; that the Debtors have been unable to afford Movant adequate

protection for its interest in said property; that there is no equity in said property for the bankruptcy estate, and that Movant should be permitted to foreclose its lien upon said property.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Automatic Stay provided by 11 U.S.C. § 362 and any injunction arising under 11 U.S.C.§ 524 are lifted and vacated with respect to both the Estate and the Debtors' interest in the property described, to wit:

Real property located at 3842 W. Laredo Street, Chandler, AZ 85226

> LOT 252, OF COPPERFIELD ESTATES, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA, RECORDED IN BOOK 272 OF MAPS, PAGE 11, AND AFFIDAVIT OF CORRECTION RECORDED IN DOCUMENT NO. 84-412077, OF OFFICIAL RECORDS.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Movant may contact the Debtors by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this Order shall remain in effect in any bankruptcy chapter to which the Debtors may convert.

DATED this _____ day of _____, 2009.

_____
UNITED STATES BANKRUPTCY JUDGE

| | |
|---|---|
| 1 | **COPY** of the foregoing mailed<br>this 12th day of November, 2009, to: |
| 2 | |
| 3 | JACKIE H. CAROLINE<br>CAROLYN CAROLINE |
| 4 | 3842 W. Laredo St.<br>Chandler, AZ  85226 |
| 5 | JAMES J. GENTILE |
| 6 | 4035 W. Chandler Blvd. #4<br>Chandler, AZ  85226 |
| 7 | JILL H. FORD |
| 8 | P.O. Box 5845<br>Carefree, AZ  85377 |
| 9 | |
| 10 |  s/ Jeanette Chavez |

JABURG & WILK, P.C.
ATTORNEYS AT LAW
3200 NORTH CENTRAL AVENUE
SUITE 2000
PHOENIX, ARIZONA 85012